NOTE: CHANGES MADE BY COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW AUSTIN, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>CITADEL SERVICING CORPORATION, a business entity; EQUIFAX INFORMATION SERVICES LLC., a corporation; EXPERIAN INFORMATION SOLUTIONS, INC, a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV 21−06936 FWS (AGRx)<br><br>Hon. Fred W. Slaughter<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CITADEL SERVICING CORPORATION |

Plaintiff Andrew Austin and Defendant Citadel Servicing Corporation (Citadel) have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1 | IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Andrew Austin against Defendant Citadel are in all respects dismissed with prejudice. In addition, since there are no remaining defendants, the entire case is dismissed with prejudice.

DATED this 19th day of May 2022.

_____
FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE